Prob12B
(7/93)

# United States District Court
## for the Northern District of New York

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George C. Ortloff Case Number: 1:08-CR-000781-001

Name of Sentencing Judicial Officer: Senior United States District Judge Thomas J. McAvoy

Date of Original Sentence: August 10, 2010

Original Offense: Attempting To Use the Internet and Telephone to Persuade, Induce and Entice a Minor to Engage in Illegal Sexual Activity

Original Sentence: One Hundred and Fifty (150) Months Imprisonment and Supervised Release for Life

Type of Supervision: Supervised Release Date Supervision Commenced: October 4, 2019

---

### PETITIONING THE COURT

[ X ] To modify the conditions of supervision as follows:

1. You must not use or possess any computer, data storage device or any internet capable device unless you participate in the Computer and Internet Monitoring Program (CIMP), or unless authorized by the Court or the U.S. Probation Office. If placed in the CIMP you will comply with all of the rules of the program and pay the costs associated with the program. The U.S. Probation Office may use and/or install any hardware or software system that is needed to monitor your use of a computer or internet capable device. You must permit the U.S. Probation Office to conduct periodic, unannounced examinations of any computer equipment, including any data storage device, and internet capable device you use or possess. This equipment may be removed by the U.S. Probation Office or their designee for a more thorough examination. You may be limited to possessing one personal internet capable device, to facilitate the U.S. Probation Office's ability to effectively monitor your internet related activities.

### CAUSE

On August 10, 2010, George Ortloff was sentenced in the Northern District of New York and among his special conditions was a condition restricting him from the use or possession of any computer or other device with online capabilities. The above condition reflects the special condition currently imposed in the Northern District of New York regarding restricting the use of computer and other online devices, as well as data storage devices. This proposed modification was reviewed with Ortloff and he has consented to this modification.

Respectfully submitted,

Approved by: ______________________
Jennifer Belli
Supervising U.S. Probation Officer

by: ______________________
Shane D. Avery
U.S. Probation Officer

Date: 12/3/2019

**THE COURT ORDERS**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

______________________
Thomas J. McAvoy
Senior U.S. District Judge

12/4/19
______________________
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You must not use or possess any computer, data storage device or any internet capable device unless you participate in the Computer and Internet Monitoring Program (CIMP), or unless authorized by the Court or the U.S. Probation Office. If placed in the CIMP you will comply with all of the rules of the program and pay the costs associated with the program. The U.S. Probation Office may use and/or install any hardware or software system that is needed to monitor your use of a computer or internet capable device. You must permit the U.S. Probation Office to conduct periodic, unannounced examinations of any computer equipment, including any data storage device, and internet capable device you use or possess. This equipment may be removed by the U.S. Probation Office or their designee for a more thorough examination. You may be limited to possessing one personal internet capable device, to facilitate the U.S. Probation Office's ability to effectively monitor your internet related activities.

Witness: ______________________
U.S. Probation Officer

Signed: ______________________
Supervised Releasee

11-25-19
Date